IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DICTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ASR 2401 FOUNTAINVIEW, LLC, | § | Case No. 14-35323-H1-11 |
| | § | (Chapter 11) |
| DEBTOR. | § | |

NOTICE OF APPEARANCE, REQUEST FOR ALL
NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead") appears on behalf of JPMCC 2006-LDP7 Office 2401, LLC (the "Noteholder"), and hereby submits this notice of appearance in the above-captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and §§ 342 and 1109(b) (if applicable) of title 11 of the U.S. Code (the "Bankruptcy Code").

All notices given or required to be given in this case shall be given to and served upon Winstead at the following address:

> Joseph G. Epstein
> Sean B. Davis
> WINSTEAD PC
> 1100 JPMorgan Chase Tower
> 600 Travis Street
> Houston, Texas 77002
> Telephone: (713) 650-8400
> Facsimile: (713) 650-2400
> E-mail: jepstein@winstead.com
> E-mail: sbdavis@winstead.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial

affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the Noteholder intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (i) the right of the Noteholder to object and/or not consent to entry of final orders by a Bankruptcy Judge in non-core matters and request that final orders in non-core matters be entered only after de novo review by a District Judge; (ii) the right of the Noteholder to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the right of the Noteholder to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Noteholder is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of the Noteholder.

**DATED: October 1, 2014**

Respectfully submitted,

**WINSTEAD PC**
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 650-8400
Facsimile:  (713) 650-2400

By:   */s/ Sean B. Davis*
       Joseph G. Epstein
       Texas Bar No. 06639320
       S.D. Tex. No. 11733
       Sean B. Davis
       Texas Bar No. 24069583
       S.D. Tex. No. 1048341

**ATTORNEYS FOR JPMCC 2006-LDP7 OFFICE 2401, LLC**

## CERTIFICATE OF SERVICE

   I hereby certify that on October 1, 2014, a true and correct copy of the foregoing Notice of Appearance was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

                    */s/ Sean B. Davis*
                     One of Counsel