Case 14-35322   Document 2-1   Filed in TXSB on 10/01/14   Page 1 of 4



**ENTERED**
**10/02/2014**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ASR 2401 FOUNTAINVIEW, LP | § | Case No. 14-35322 |
| | § | |
| Debtor | § | (Chapter 11) |
| | § | |
| ASR 2401 FOUNTAINVIEW, LLC | § | Case No. 14-35323 |
| | § | |
| Debtor | § | (Chapter 11) |
| | § | |
| | § | Motion for Joint Administration Pending |
| | § | |

### ORDER REGARDING FILING OF PLEADINGS
### AND DIRECTING JOINT ADMINISTRATION OF CASES

The Court, having considered the matter of administering the above captioned cases, makes these findings of facts and conclusions of law. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334 and 157, and U.S.C. § 105. All parties-in-interest were provided adequate notice and opportunity for hearing. Joint administration of the above-referenced debtors' cases is appropriate pursuant to Rule 1015(b) and (c) of the Federal Rules of Bankruptcy Procedure. An order of joint administration would serve judicial economy. It is in the best interests and without prejudice to the rights of the Debtors' estates, creditors, and other parties-in-interest. It is hereby,

**ORDERED that:**

1. The above captioned cases shall be jointly administered pursuant to FED. R. BANKR. P. 1015(b) for procedural purposes only.

2. Joint administration of the above-referenced debtors' cases includes:

    (a) the use of a single docket for administrative matters, and the filing, lodging and docketing of pleadings and orders;

  (b) the combining of notices to creditors and other parties in interest;

  (c) the scheduling of hearings;

  (d) the combined filing of financial reporting by the debtors;

  (e) the joint and several liability of the estates for administrative expenses incurred in the cases subject to reallocation upon Motion; and

  (f) the joint handling of other administrative matters.

3. The official caption of the jointly administered cases shall be as set forth in the attached Exhibit "A."

4. Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the above-referenced debtors; it is the Court's intention to jointly administer the bankruptcy cases of the debtors for procedures purposes only;

5. All future pleadings, papers, documents, and others (except proofs of claim) in the jointly administered cases of the Debtors shall be filed and docketed in case number 14-35323 entitled *In re ASR 2401 Fountainview, LLC* (the "Lead Case").

6. Judge Paul shall be the case judge for each of the debtors' cases, including the Lead Case.

7. All future pleadings, proposed orders, papers and documents (except proofs of claim) filed in the jointly administered cases of the above-referenced debtors shall bear the caption shown in attached Exhibit "A;" and the title of any future pleading, proposed order, papers and documents shall include the name of the debtor in which relief is sought by or against.

8. If pleadings, papers, and documents have been filed in either of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have

not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) re-file that pleading, paper, or document in the Lead Case within 3 business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

9. All proofs of claim shall be filed and docketed under the case number representing the debtor's estate against which the claim is made, and a creditor of more than one debtor's estate shall filed and docket a proof of claim in each debtor's case against which a claim may be made, and only in the amount in which the creditor may make a claim against that debtor's estate.

10. Each of the Debtors shall (A) maintain separate financial accounts and records; (B) not be liable for the claims against any other of the Debtors by virtue of this Order; and (C) file separate Bankruptcy Schedules and Statements of Financial Affairs.

11. A docket entry shall be made in each of the bankruptcy case of the above-referenced debtors as follows:

> *"An order has been entered in this case granting and directing the joint administration of the bankruptcy cases of ASR 2401 Fountainview, LLC and ASR 2401 Fountainview LP. Except as otherwise provided in such Order, the docket in case no. 14-35322 should also be consulted for matters affecting these cases."*

12. Counsel for the above-referenced debtors shall immediately serve a copy of this Order or a Notice on the United States Trustee, and on all creditors, persons filing Notices of Appearance, and other parties-in-interest in all of the bankruptcy cases of all of the debtors, and shall thereafter file a certificate of service with the Clerk of the Court in the Lead Case reflecting such service.

DATED: _____, 2014

OCT - 2 2014

_____
The Hon. Letitia Z. Paul
United States Bankruptcy Judge