UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
|  | § | CASE NO. 14-35323 |
| ASR 2401 FOUNTAINVIEW, LLC, *et al.* | § |  |
|  | § | Chapter 11 |
|  | § |  |
| Debtors[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kimberly A. Walsh
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
kimberly.walsh@texasattorneygeneral.gov

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE

---

[1] Debtors are ASR 2401 Fountainview, LLC and ASR 2401 Fountainview, LP

First Assistant Attorney General
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Kimberly A. Walsh*
KIMBERLY A. WALSH
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4863
Facsimile:  (512) 936-1409

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on October 8, 2014, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Mail:

ASR 2401 Fountainview, LLC
ASR 2401 Fountainview, LP
2401 Fountainview, Suite 750
Houston, TX 77057

By Electronic Means as listed on the Court's ECF Noticing System:

Christopher Adams     cadams@oakllp.com
Sean B Davis     sbdavis@winstead.com, ldennison@winstead.com
Ellen Maresh Hickman     ellen.hickman@usdoj.gov
US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV

*/s/ Kimberly A. Walsh*
KIMBERLY A. WALSH