IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ASR 2401 Fountainview, LP | § § | Case No. 14-35322 |
| Debtor | § § § | |
| In re: | § § § | Chapter 11 |
| ASR 2401 Fountainview, LLC | § § | Case No. 14-35323 |
| Debtor | § § § | Jointly administered |

**NOTICE OF THE FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY STOUT RISIUS ROSS, INC. AS FINANCIAL ADVISORS TO THE DEBTORS FOR THE PERIOD OF OCTOBER 17, 2014 THROUGH MAY 31, 2015**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Take Notice that on June 10, 2015, Stout Risius Ross, Inc. ("Applicant") filed its *Final Application for Compensation and Reimbursement of Expenses by Stout Risius Ross, Inc. as*

1

*Financial Advisors to the Debtors for the Period of October 17, 2014 Through May 31, 2015*. Applicant seeks compensation in the amount of $102,372.50 in professional fees plus $10.50 in expenses, totaling $102,383.00, incurred during the period from October 17, 2014 through May 31, 2015 all such sums being priority administrative expenses under 11 U.S.C. § 507(a)(2).

Copy of the Application is on file at the Office of the Bankruptcy Clerk, 515 Rusk Street, Houston, Texas and can be viewed during regular business hours. If you wish to obtain a complete copy of the Application, please contact the undersigned attorney at the address below.

Respectfully submitted,

`/s/ Christopher Adams`

Christopher Adams   State Bar # 24009857
cadams@okinadams.com
113 vine Street, Suite 201
Houston, Texas 77002
713-228-4100 Telephone
888-865-2118 Fax
**ATTORNEY FOR THE DEBTORS**
**ASR 2401 FOUNTAINVIEW, LP**
**ASR 2401 FOUNTAINVIEW, LLC**

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and complete copy of the foregoing Notice was served on all parties required to be served by BLR 9013, as shown on the attached Service List, by first class mail and/or ECF on June 11, 2015.  The United States Trustee and all parties requesting notice, as designated on the Service List, also received the complete Application along with the Notice of Application by ECF notice and/or first class mail on that date.

                /s/ Christopher Adams_____
                Christopher Adams

**Service List
ASR 2401 Fountainview, LP**

A/W Mechanical Services, LP
PO Box 1421
Houston, TX 77008

Chem- Aqua, Inc.
PO Box 971269
Dallas, TX 75397-1269

AP Gas & Electric Energy Solutions
PO Box 660038
Houston, TX 75266-0038

Design Brokers Inc.
2055 Silber Rd, Suite 110
Houston, TX 77055

Preferred Income Partners
c/o Hap May
2 Riverway, 15th Floor
Houston, TX 77056

ThyssenKrupp Elevator Corporation
c/o CST Co.
P.O. Box 224768
Dallas, TX 75222

Michael Gary
2401 Fountain View Dr. #750
Houston, TX 77057

U.S. Trustee
Ellen Hickman
515 Rusk, Suite 3516
Houston, TX 77002

Tailored Door & Glass, Inc.
2124 N. Sacramento
Pearland, TX 77581

FRITSCHE ANDERSON REALTY
3411 Richmond Avenue, Suite 620
Houston, TX 77046

Joseph G. Epstein/ Sean B. Davis
Winstead PC
1100 JP Morgan Chase
600 Travis St.
Houston, TX 77002

ThyssenKrupp Corporation
PO Box 933044
Atlanta, GA 31193-3004

Fresh Air Conditioning & Heating
5702 Power Line Rd.
Richmond, TX 77469

Internal Revenue Services
P.O. Box 22126
Philadelphia, PA 19114

Cigna HealthCare
Attn: Revenue Management
PO Box 644546
Pittsburgh, PA 15264-4546

HD Supply Facilities Maintenance, LTD
P.O. Box 509058
San Diego, CA 92150-9058

Pierre Guitard
Realm Real Estate Professionals
4543 Post Oak Place, Suite 107
Houston, TX 77027

Har-Con Mechanical Contractors, LLC
9009 West Little York
Houston, TX 77040

REDNews, Inc.
5909 W. Loop South #135
Bellaire, TX 77401

Michael L. Matkins
Allen Matkins Leck Gamble Mallory
& Natsis LLP
515 South Figueroa St, 9th Floor
Los Angeles, CA 90071-3301

Rainier Property Tax Group, LP
13760 Noel Rd, Suite 800
Dallas, TX 75240

Directory Solutions, Inc.
TouchSource
1370 Miners Dr., Suite 103
Lafayette, CO 80026

Micheal W. Bishop
Lydia R. Webb
Gray Reed & McGraw, P.C.
1601 Elm Street, Suite 4600
Dallas, Texas 75201

Starlight Cleaning Services of Houston
PO Box 678080
Dallas, TX 75261

Elevator Technical Services, Inc.
PO Box 7429
Houston, TX 77248-7429

Julie Cook/Jeffery M. Hirsch
Schlanger, Silver Barg & Pain
109 N. Post Oak Lane, Suite 300
Houston, TX 77024

Barry H. Ballard
Ballard Realty
2628 Quenby Street
Houston, TX 77005

O.P. Enterprise Waste Services
DBA Omar Patricia Enterprise Inc.
PO Box 218684
Houston, TX 77218